AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ALVIN TOPOL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07 CV 3609

OCEAN FROST CORP. and CARLOS CARANGUIMINCHALA

JUDGE KOELTL

TO: (Name and address of defendant)

OCEAN FROST CORP.
471 Mulberry Street
Newark, New Jersey 07114

CARLOS CARANGUIMINCHALA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BARON & PAGLIUGHI, ESQS.
85 Main Street, Suite A
Cold Spring Harbor, New York 11724

an answer to the complaint which is herewith served upon you, within _____TWENTY_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          MAY 0 7 2007

CLERK                                                       DATE

(BY) DEPUTY CLERK