## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 07 CV 3609
Date Filed: 00/00/0000

### AFFIDAVIT OF SERVICE

**Alvin Topol**

        Plaintiff/Petitioner,

vs.

**Ocean frost Corp. and carlos Caranguiminchala**

        Defendant/Respondent.

_____/


State of New Jersey
County of Somerset     ss.

I, **Corinthian White**, depose and say that:

I am a comptent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **05/29/2007** at **03:51 PM**, I served the within **SUMMONS IN A CIVIL CASE AND COMPLAINT** on **Ocean Frost Corp.** at **741 Mulberry Street , Newark, NJ 07114** in the manner indicated below:

By delivering a true copy of this process to **Aparecida M. Marozini**, **Owner** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Female − Age: 48−50 − Skin: White − Hair: Black − Height: 5'7 − Weight: 150**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this
31 day of May , 2007
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

X _____
Corinthian White   Process Server
Intercounty Judicial Services
85 Willis Ave, Suite F
Mineola, NY  11501
516-248-8270

Atty File#:  − Our File# **6174**