UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVIN TOPOL,

                      Plaintiff,

-against-

OCEAN FROST CORP. and CARLOS CARANGUIMINCHALA,

                      Defendants.

Case No.: 07 CV 3609

Judge: KOELTL

**FRCP 7.1 STATEMENT**

      Defendant, OCEAN FROST CORP., is not a publicly held corporation. The liability carrier for Ocean Frost Corp. is One Beacon Insurance Group, a publicly held corporation trading on the New York Stock Exchange (OBI).

Dated: Brooklyn, New York
       July 11, 2007

                                            Yours, etc.

                                            **BRUCE A. LAWRENCE, ESQ.**
                                            Attorney for Defendants
                                            OCEAN FROST CORP. and
                                            CARLOS CARANGUIMINCHALA

                                            By_____
                                               ERIC A. SCHNITTMAN (6692)
                                            15 MetroTech Center, 19th Floor
                                            Brooklyn, NY 11201-3818
                                            (718) 625-8940
                                            Our File #: 07-0290
                                            Claim No.: 0AA20749003

**TO:**   **BARON & PAGLIUGHI**
          Attorneys for Plaintiff
          85 Main Street, Suite A
          Cold Spring Harbor, NY 11724
          (631) 367-7000