# Law Offices of Bruce A. Lawrence

Staff Counsel for One Beacon Insurance Company
(Not a Partnership or Professional Corporation)
15 MetroTech Center, 19th Floor
Brooklyn, New York 11201-3818

Telephone: 718-625-8940

August 16, 2007

**Via Fax 212-805-4268**

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Attn: Magistrate Judge Gabriel Gorenstein

> **Re:  07 CV 3609 (Judge Koeltl)**
> **Topol v. Ocean Frost Corp. & Caranguiminchala**
> **Our File No. 07-0290**

Honorable Gabriel Gorenstein:

Pursuant to the Standing Order with respect to cases referred for Settlement Conference, and in particular, pursuant to Paragraph 8 of said order, request is hereby made by defense counsel and has been consented to by plaintiff's counsel for an adjournment of the conference presently scheduled for August 22, 2007 at 2:30 p.m. in Courtroom 17-A. The conference will be more fruitful in terms of a meaningful settlement discussion once the depositions of the parties have been completed in addition to the completion of a physical examination of the plaintiff.  Therefore, a request is made that the Court afford us an opportunity to have a settlement conference no earlier than October 15, 2007. This would ensure the holding of the depositions, the holding of the physical examination and the receipt of a report from the examining doctor.

I wish to reiterate that this is the defendants' request; however, plaintiff's counsel is in agreement and has consented to the adjournment of this conference.

Page 2
Topol v. Ocean Frost Corp

Thank you for your attention and courtesies in this matter.

Respectfully submitted,

**BRUCE A. LAWRENCE, ESQ.**

By

Eric A. Schnittman (6692)

**TO:    BARON & PAGLIUGHI**
Attorneys for Plaintiff
85 Main Street, Suite A
Cold Spring Harbor, NY 11724
Attn: Peter D. Baron (8519)

Conference adjourned to October
29, 2007 at 2:30 pm. Letters due
October 24.

SO ORDERED:    DATE: 8/16/2007

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE