# BARON & PAGLIUGHI
### Attorneys and Counselors at Law
### 85 Main Street, Suite A
### Cold Spring Harbor, NY 11724

TELEPHONE: (631) 367-7000
FAX: (631) 367-7908

**PETER D. BARON***     E-MAIL: bplaw200@aol.com     JOSEPH TIPALDO
**JEAN M. PAGLIUGHI****     TERESA CAMPANO*

MARTIN L. BARON     N.Y. & N.J. BAR*
(1925-2004)     N.Y. BAR & R.N.**

October 24, 2007

Clerk, United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007
Attn: Honorable Gabriel W. Gorenstein,
    United States Magistrate Judge

        Re: Topol v. Ocean Frost et al.
           Our File No. 1836
           07-cv-3609 (JGK) (GWG)

Dear Honorable Magistrate Gorenstein:

      Please be advised that plaintiff and defendant in the above mentioned action consent to adjourn the settlement conference currently scheduled for Monday, October 29, 2007 at 2:30 PM. Depositions have been completed and counsel for both sides are in the process of exchanging expert reports. Accordingly, counsel request an adjournment of the settlement conference for at least thirty days at a date and time convenient for the Court.

                Very truly yours,

                BARON & PAGLIUGHI, ESQS.

                /s/
                BY: PETER D. BARON