UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ALVIN TOPOL,

               Plaintiff,        CIVIL ACTION
                                  NO. 07 CV 3609

  -against-

OCEAN FROST CORP. and CARLOS
CARANGUIMINCHALA,

               Defendant.
------------------------------X

## DISMISSAL WITH PREJUDICE

    IT IS HEREBY CONSENTED TO AND AGREED, by the undersigned, the attorneys of record for plaintiffs in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same hereby is discontinued and dismissed, **with prejudice**, by plaintiff, ALVIN TOPOL, as to defendants, OCEAN FROST CORP. and CARLOS CARANGUIMINCHALA, without costs to either party as against the other.

This document may be filed without further notice with the Clerk of the Court.

Dated: Cold Spring Harbor, New York
       March 10, 2008

By: PETER D. BARON (8519)
BARON & PAGLIUGHI, PLLC
Attorneys for Plaintiffs
85 Main Street, Suite A
Cold Spring Harbor, NY 11724
(631) 367-7000

By: ERIC A. SCHNITTMAN (6693)
LAW OFFICES OF BRUCE LAWRENCE
Attorneys for Defendants
15 MetroTech Center, 19th Floor
Brooklyn, NY 11201
(718) 625-8940