USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALVIN TOPOL,

                Plaintiff(s)                      07 civ 3609 (JGK)

      -against-                           ORDER OF DISCONTINUANCE

OCEAN FROST GROUP,

                Defendant(s).
------------------------------------------------------------X

It having been reported to this Court that the parties have settled this action,

It is, on this **11**th day of **March,** 2008, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                                            MIRIAM GOLDMAN CEDARBAUM
                                                             UNITED STATES DISTRICT JUDGE
                                                             Part I

Dated: New York, New York
        March 11, 2008